IN THE MATTER OF THE PETITION OF JOSEPH F. JOB
TO BE A CANDIDATE IN THE GENERAL ELECTION
FOR THE OFFICE OF UNITED STATES SENATOR.

September 9, 1970. Petition for Certification denied.
(See 111 *N. J. Super.* 170).

BOULEVARD APARTMENTS, INC. *v.* MAYOR AND COUNCIL
OF THE BOROUGH OF LODI, *ET AL.*

September 24, 1970. Petition for Certification denied.
(See 111 *N. J. Super.* 408).

ROSE MARY BURNS, *ET AL*,
*v.* ROBERT G. KERSEY AND ETHEL BEREI

September 24, 1970. Petition for Certification denied.

HARRY LEIDIG *v.* AERO GEAR MACHINE & TOOL CORP.

September 24, 1970. Petition for Certification denied.

DAVID LIPMAN *v.* LEONARD LIPMAN, *ET AL.*

September 24, 1970. Petition for Certification denied.

KENNETH HARTMANN, AN INFANT, *ETC.*, *ET AL*, *v.*
MAPLEWOOD SCHOOL TRANSPORTATION CO., *ET AL.*

September 24, 1970. Petition for Certification denied.
(See 109 *N. J. Super.* 497).